```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :

        - v. -                  :     ORDER

ANGEL TEJEDA,                   :     11 Cr. 1015 (LTS)
    a/k/a "Rubio,"
    a/k/a "Blanquito,"          :
JOSHUA COLON,
    a/k/a "Pito,"               :
GLENN GUZMAN, and
NELSON RAMIREZ,                 :
    a/k/a "Popola,"
                                :
            Defendants.
                                :
- - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 0 3 2012

Upon the application of the United States of America, by and through Preet Bharara, United States Attorney, Ryan P. Poscablo, of counsel, it is hereby ORDERED that the pretrial conference currently scheduled for April 5, 2012 be rescheduled for May 4, 2012, at 2:00 pm.

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will permit the parties to engage in discussions concerning a possible disposition of this matter and will allow the defendants to continue to review discovery.

Accordingly, it is further ORDERED that the time between April 5, 2012 and May 4, 2012 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.

Dated:   New York, New York
         ~~March~~ April 3, 2012

                                      THE HONORABLE LAURA TAYLOR SWAIN
                                      UNITED STATES DISTRICT JUDGE