

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*

*One Saint Andrew's Plaza*
*New York, New York 10007*

## MEMO ENDORSED

May 3, 2012

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: MAY 0 3 2012]

**BY EMAIL**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: United States v. Angel Tejeda et al.,
11 Cr. 1015 (LTS)

Dear Judge Swain:

    The Government respectfully submits this letter, with consent of defense counsel, to request an adjournment of the conference currently scheduled for May 3, 2012, for a period of 30 days. The requested adjournment would allow defense counsel to continue their review of discovery, and further allow the parties to continue negotiating dispositions in the case.

    In addition, we respectfully request that the Court exclude time from May 3, 2012 until the date selected for the next conference because the ends of justice served by such continuance outweigh the interests of the public and the defendant in a speedy trial because the continuance will allow the parties to continue to negotiate a disposition and allow the defendants to continue their review of discovery. We are providing a proposed order to this effect.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: /s/
Ryan P. Poscablo
Assistant United States Attorney
Tel.: (212) 637-2634

[Handwritten endorsement:] THE APPLICATION IS GRANTED. THE CONFERENCE IS adjourned to 6/1/12 AT 3:30 pm IN COURTROOM 11C. THE COURT FINDS PURSUANT TO 18 U.S.C. §3161(H)(7)(A) THAT THE ENDS OF JUSTICE SERVED BY AN EXCLUSION OF THE TIME FROM TODAY'S DATE THROUGH 6/1/12 OUTWEIGH THE BEST INTERESTS OF THE PUBLIC AND THE DEFENDANT IN A SPEEDY TRIAL FOR THE REASONS STATED ABOVE. SO ORDERED.

/s/ Laura Taylor Swain  5/3/12
LAURA TAYLOR SWAIN, USDJ

cc:    Lance Croffoot-Suede, Esq. (by email)
        William Stampur, Esq. (by email)
        David Stern, Esq. (by email)