USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 01 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

       - v. -                     :   **ORDER**

ANGEL TEJEDA,                     :   11 Cr. 1015 (LTS)
   a/k/a "Rubio,"
   a/k/a "Blanquito,"             :
JOSHUA COLON,
   a/k/a "Pito,"                  :
GLENN GUZMAN, and
NELSON RAMIREZ,                   :
   a/k/a "Popola,"
                                  :
       Defendants.
                                  :
- - - - - - - - - - - - - - - - x

      Upon the application of the United States of America, by and through Preet Bharara, United States Attorney, Ryan P. Poscablo, of counsel, it is hereby ORDERED that the pretrial conference currently scheduled for June 1, 2012 be rescheduled for July 3, 2012, at 12:30 PM

      The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will permit the parties to engage in discussions concerning a possible disposition of this matter and will allow the defendants to continue to review discovery.

Accordingly, it is further ORDERED that the time between June 1, 2012 and July 3, 2012 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.

Dated:   New York, New York
         May 31, 2012

                                    _____
                                    THE HONORABLE LAURA TAYLOR SWAIN
                                    UNITED STATES DISTRICT JUDGE