# Linklaters



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 06 2012

Linklaters LLP
1345 Avenue of the Americas
New York, NY 10105
Telephone (+1) 212 903 9000
Direct Line (+1) 212-903-9261
Direct Fax (+1) 212-903-9100
Lance.croffoot-suede@linklaters.com

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

By Fax

## MEMO ENDORSED

September 4, 2012

**Re: United States v. Angel Tejeda et al. 11 Cr. 1015 (LTS)**

Dear Judge Swain,

We represent Glenn Guzman in the above referenced case. With consent of the government and counsel for Mr. Ramirez, Mr. William Stampur, we respectfully request an adjournment of the conference currently scheduled for September 12, 2012 until October 9, 2012.

The requested adjournment is due to an unavoidable scheduling conflict in connection with a proceeding I have in another matter. October 9th is the first day after September 12th on which all counsel is available to appear for the conference.

Counsel also moves to exclude time under the Speedy Trial Act until the next conference date.

Respectfully submitted,

Lance Croffoot-Suede
Partner

Cc: William Stampur (by email)
Ryan Poscablo AUSA (by email)

THE APPLICATION IS GRANTED. THE CONFERENCE IS adjourned to 10/9/12 AT 3pm IN COURTROOM 11C THE COURT FINDS PURSUANT TO 18 U.S.C. §3161(H)(7)(A) THAT THE ENDS OF JUSTICE SERVED BY AN EXCLUSION OF THE TIME FROM TODAY'S DATE THROUGH 10/9/12 OUTWEIGH THE BEST INTERESTS OF THE PUBLIC AND THE DEFENDANT IN A SPEEDY TRIAL FOR THE REASONS STATED ABOVE. SO ORDERED.

9/6/12
LAURA TAYLOR SWAIN, USDJ

This communication is confidential and may be privileged or otherwise protected by work product immunity.

Linklaters LLP is a multinational limited liability partnership registered in England and Wales with registered number OC326345 including solicitors of the Senior Courts of England and Wales, members of the New York Bar and foreign legal consultants in New York. It is a law firm authorised and regulated by the Solicitors Regulation Authority. The term partner in relation to Linklaters LLP is used to refer to a member of Linklaters LLP or an employee or consultant of Linklaters LLP or any of its affiliated firms or entities with equivalent standing and qualifications. A list of the names of the members of Linklaters LLP together with a list of those non-members who are designated as partners and their professional qualifications is open to inspection at its registered office, One Silk Street, London EC2Y 8HQ, England or on www.linklaters.com.

Please refer to www.linklaters.com/regulation for important information on our regulatory position.