UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA        :     ORDER

    -v.-                          :     11 Cr. 1015 (LTS)

ANGEL TEJADA et al.,            :

        Defendant.           :

- - - - - - - - - - - - - - - - - -x

Upon the application of the United States of America, by and through Preet Bharara, United States Attorney, Ryan P. Poscablo, of counsel, it is hereby ORDERED that the pretrial conference in the above case, currently scheduled for October 9, 2012 at 3:00 p.m. be adjourned until November 7, 2012, at 4:00 pm.

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will permit the parties to continue to negotiate a disposition in this case, and will further allow the defense to continue to review discovery. Accordingly, it is further ORDERED that the time between today and 11/7/2012 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.

Dated:   New York, New York
        October 5, 2012

                              THE HONORABLE LAURA TAYLOR SWAIN
                              UNITED STATES DISTRICT JUDGE