

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 0 5 2012

Linklaters LLP
1345 Avenue of the Americas
New York, NY 10105
Telephone (+1) 212 903 9000
Facsimile (+1) 212 903 9100
Direct Line 212-903-9261
Direct Fax 212-903-9100
Lance.croffoot-suede@linklaters.com

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

**By Fax**

October 24, 2012

### Re: United States v. Angel Tejeda et al. 11 Cr. 1015 (LTS)

Dear Judge Swain,

We represent Glenn Guzman in the above referenced case. With consent of the government and counsel for Mr. Ramirez, Mr. William Stampur, we respectfully request an adjournment of the conference currently scheduled for November 7, 2012 until December 17, 2012.

The requested adjournment is due to a pre-existing scheduling conflict in connection with a proceeding I have in another matter. On October 23, 2012, my colleague, Kate Machan, spoke with the Court's deputy clerk regarding the adjournment, and was told that the Court is available at 2:30 p.m. on December 17th. This time is agreeable to all parties.

Counsel also moves to exclude time under the Speedy Trial Act until the next conference date.

Respectfully submitted,

THE APPLICATION IS GRANTED. THE CONFERENCE IS adjourned to 12/17/12 AT 2:30 IN COURTROOM 17B. THE COURT FINDS PURSUANT TO 18 U.S.C. §3161(H)(7)(A) THAT THE ENDS OF JUSTICE SERVED BY AN EXCLUSION OF THE TIME FROM TODAY'S DATE THROUGH 12/17/12 OUTWEIGH THE BEST INTERESTS OF THE PUBLIC AND THE DEFENDANT IN A SPEEDY TRIAL FOR THE REASONS STATED ABOVE. SO ORDERED.

LAURA TAYLOR SWAIN, USDJ
11/5/12

Lance Croffoot-Suede
Partner

Cc: William Stampur (by email)
Ryan Poscablo AUSA (by email)

This communication is confidential and may be privileged or otherwise protected by work product immunity.

Linklaters LLP is a multinational limited liability partnership registered in England and Wales with registered number OC326345 including solicitors of the Senior Courts of England and Wales, members of the New York Bar and foreign legal consultants in New York. It is a law firm authorised and regulated by the Solicitors Regulation Authority. The term partner in relation to Linklaters LLP is used to refer to a member of Linklaters LLP or an employee or consultant of Linklaters LLP or any of its affiliated firms or entities with equivalent standing and qualifications. A list of the names of the members of Linklaters LLP together with a list of those non-members who are designated as partners and their professional qualifications is open to inspection at its registered office, One Silk Street, London EC2Y 8HQ, England or on www.linklaters.com

Please refer to www.linklaters.com/regulation for important information on our regulatory position.