```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :    ORDER

        -v.-                      :    11 Cr. 1015 (LTS)

ANGEL TEJADA et al.,              :

            Defendant.            :
- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 17 2012

Upon the application of the United States of America, by and through Preet Bharara, United States Attorney, Jessica Ortiz, of counsel, it is hereby ORDERED that the pretrial conference in the above case, currently scheduled for December 17, 2012 at 2:30 p.m. be adjourned until January 18, 2013, at 10:00 AM.

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will permit the parties to continue to negotiate a disposition in this case, and will further allow the defense to continue to review discovery. Accordingly, it is further ORDERED that the time between today and Jan 18, 2013 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.

Dated:   New York, New York
         December 17, 2012

                                    _____
                                    THE HONORABLE LAURA TAYLOR SWAIN
                                    UNITED STATES DISTRICT JUDGE