**Linklaters**


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED DEC 1 8 2012

Linklaters LLP
1345 Avenue of the Americas
New York, NY 10105
Telephone (+1) 212 903 9000
Facsimile (+1) 212 903 9100
Direct Line 212-903-9289
Direct Fax 212-903-9100
Kate.Machan@linklaters.com

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

By Fax

Decemeber 17, 2012

Re: United States v. Angel Tejeda et al. 11 Cr. 1015 (LTS)

Dear Judge Swain,

As counsel for Glenn Guzman, I write to request that Mr. Guzman be permitted to spend the evening of December 24, 2012, Christmas Eve, outside of his home, at a small family gathering with his wife, child, and other family members in the Bronx. Mr. Guzman is currently under home incarceration with electronic monitoring at his apartment in the Bronx, having been released on bail on March 29, 2012.

Mr. Guzman would like permission to leave his apartment at 4:00p.m. and return by 9:00p.m., during which time he would be at his aunt's apartment, located at 3890 Sedgwick Ave. Apt 1F in the Bronx. Mr. Guzman's pre-trial services officer, Mr. Furelli, confirms that Mr. Guzman remains compliant with his release conditions, and the Government takes no position with respect to this request.

Thank you for your attention to this matter.

*The request is granted.*

Respectfully submitted,

Katherine Z. Machan
Associate

SO ORDERED
NEW YORK
Dec 18, 2012
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Cc: William Stampur (by email)
    Ryan Poscablo AUSA (by email)
    Gianfranco Furelli (by email)

This communication is confidential and may be privileged or otherwise protected by work product immunity.

Linklaters LLP is a multinational limited liability partnership registered in England and Wales with registered number OC326345 including solicitors of the Senior Courts of England and Wales, members of the New York Bar and foreign legal consultants in New York. It is a law firm authorised and regulated by the Solicitors Regulation Authority. The term partner in relation to Linklaters LLP is used to refer to a member of Linklaters LLP or an employee or consultant of Linklaters LLP or any of its affiliated firms or entities with equivalent standing and qualifications. A list of the names of the members of Linklaters LLP together with a list of those non-members who are designated as partners and their professional qualifications is open to inspection at its registered office, One Silk Street, London EC2Y 8HQ, England or on www.linklaters.com.

Please refer to www.linklaters.com/regulation for important information on our regulatory position.