UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

-v-                                                                    No. 11 Crim. 1015 (LTS)

GLENN GUZMAN (3),

                        Defendant.

-------------------------------------------------------------X

## ORDER

      Lance R. Croffoot-Suede is relieved as CJA counsel for the defendant. Joshua Levine is now appointed as CJA counsel for the defendant in the above-captioned matter.

Dated: New York, New York
         February 14, 2013

                                                        LAURA TAYLOR SWAIN
                                                       United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 15 2013