**SIMPSON THACHER & BARTLETT LLP**

425 LEXINGTON AVENUE
NEW YORK, N.Y. 10017-3954
(212) 455-2000

FACSIMILE: (212) 455-2502

DIRECT DIAL NUMBER

(212) 455-2310

E-MAIL ADDRESS

mstein@stblaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 09 2013

April 8, 2013

**VIA FACSIMILE**

Re: *United States v. Glenn Guzman*, 11 Cr. 1015 (LTS)

Hon. Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

MEMO ENDORSED

Dear Judge Swain:

    We represent the Defendant Glenn Guzman in the above-captioned matter. The parties are currently scheduled to appear before Your Honor on Tuesday, April 9 at noon for a pre-trial conference. Because of a scheduling conflict, we would like to request that the pre-trial conference be postponed. The Government has consented to this request.

    After consulting with Your Honor's deputy and the Government, we propose that the pre-trial conference be rescheduled for Thursday, April 11 at 2:00 pm.

Respectfully submitted,

*Mark J. Stein / JTM*

Mark J. Stein

cc: AUSA Ryan Poscablo (by email)
AUSA Jessica Ortiz (by email)

THE APPLICATION IS GRANTED. THE CONFERENCE IS adjourned to 4/11/13 AT 2:00 pm IN COURTROOM 17C. THE COURT FINDS PURSUANT TO 18 U.S.C. §3161(H)(7)(A) THAT THE ENDS OF JUSTICE SERVED BY AN EXCLUSION OF THE TIME FROM TODAY'S DATE THROUGH 4/11/13 OUTWEIGH THE BEST INTERESTS OF THE PUBLIC AND THE DEFENDANT IN A SPEEDY TRIAL FOR THE REASONS STATED ABOVE. SO ORDERED.

_____ 4/8/13
LAURA TAYLOR SWAIN, USDJ

BEIJING   HONG KONG   HOUSTON   LONDON   LOS ANGELES   PALO ALTO   SÃO PAULO   SEOUL   TOKYO   WASHINGTON, D.C.