UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    v.

GLENN GUZMAN,

        Defendant.

No. 11-cr-1015 (LTS)

---

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, Defendant Glenn Guzman moves this Court pursuant to Rule 14(a) of the Federal Rules of Criminal Procedure for (1) an Order severing his trial from that of his co-defendant, Angel Tejeda; (2) an Order that his trial take place as scheduled on July 22, 2013; and (3) for any other relief as the Court may find just and proper.  A hearing on the motion has been set by the Court for Monday July 1, 2013 at 2:30 pm.

Dated: June 11, 2013
       New York, New York

Respectfully submitted,

   s/ Mark J. Stein
Mark J. Stein (mstein@stblaw.com)
Alexandra C. Pitney (lpitney@stblaw.com)

**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, New York 10017
Phone:  (212) 455-2000
Fax:  (212) 455-2502

*Attorneys for Defendant Glenn Guzman*