

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 2, 2013



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 0 3 2013

**BY HAND**

The Honorable Laura Taylor Swain
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    **United States v. Angel Tejeda et al., 11 Cr. 1015 (LTS)**

Dear Judge Swain:

      The Government respectfully submits this response to defendant Glenn Guzman's letter, dated June 27, 2013, requesting a temporary modification of Mr. Guzman's home confinement conditions so that he may attend a Fourth of July celebration with his family between 3:00 p.m. and 10:00 p.m. on July 4, 2013.

      The Government agrees with the Pretrial Services Office that this request should be denied. Although the conditions of Mr. Guzman's bail allow him to leave his residence for medical appointments, job search activities, and other activities approved in advance by the Pretrial Services Office, his request for seven hours of completely unsupervised time would present an unacceptable danger to the community and a risk of flight. If Mr. Guzman were released for that seven-hour period, the Pretrial Services Office could not reasonably ensure that Mr. Guzman travels directly to and from the celebration, or that Mr. Guzman stays at the celebration for the seven hours of unsupervised time he seeks. Mr. Guzman would have little difficulty making detours before or after the celebration, or even leaving and returning during the celebration. The Fourth of July celebration is thus substantially different from the types of appointments – such as medical appointments and job interviews – with which the Pretrial Services Office can confirm that Mr. Guzman has appeared and spent no more than the necessary amount of time traveling to and from. Finally, based on the sparse details provided by defense counsel it appears that the gathering is merely social with family members and

1

The Honorable Laura Taylor Swain
July 2, 2013

for no significant event (i.e. a birthday) and accordingly there is no reason that such a familial gather could not be held at the residence where Mr. Guzman is subject to electronic monitoring. For these reasons, the Government respectfully submits that Mr. Guzman's request should be denied.

Please let us know if there is any other information the Court would like us to provide.

Respectfully submitted,

PREET BHARARA
United States Attorney
Southern District of New York

By:  /s/ Ryan P. Poscablo
Ryan P. Poscablo / Jessica Ortiz
Assistant United States Attorneys
(212) 637-2634 / 2398

cc: Counsel of Record (by email)