**ORIGINAL**

SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954
(212) 455-2000

FACSIMILE (212) 455-2502

DIRECT DIAL NUMBER
(212) 455-2310

E-MAIL ADDRESS
mstein@stblaw.com



June 27, 2013

BY HAND

Re: United States v. Glenn Guzman, 11 Cr. 1015 (LTS)

Hon. Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 0 3 2013
```

Dear Judge Swain:

      I represent the Defendant Glenn Guzman in the above-captioned matter and am writing to request a temporary modification to Mr. Guzman's home confinement conditions so that he may attend a Fourth of July celebration with his family. Under his current bail conditions, Mr. Guzman is on 24-hour home confinement. He is only permitted to leave his residence for medical appointments, job search activities, and other activities approved in advance by the pretrial services department.

      On July 4, 2013, several members of Mr. Guzman's family will gather at the home of Mr. Guzman's cousin, ███████████████████████████. In addition to Mr. Guzman's cousin and his wife, those gathering at the celebration will include three of Mr. Guzman's cousins, three of Mr. Guzman's aunts, and Mr. Guzman's girlfriend. I respectfully request a temporary modification to Mr. Guzman's bail conditions so that he may travel to Mr. Garcia's home from 3:00 p.m. to 10:00 p.m. on July 4, 2013.

      Thank you for your consideration.

Respectfully submitted,

*Mark J. Stein / JTM*

Mark J. Stein

cc: AUSA Ryan Poscablo (by email)
     AUSA Jessica Ortiz (by email)

*The request is granted. The original of this order will be filed under seal and a version with Mr Garcia's address redacted will be filed on ECF.*

SO ORDERED:

7/2/13

HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE