SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954
(212) 455-2000

FACSIMILE (212) 455-2502

DIRECT DIAL NUMBER
(212) 455-2310

E-MAIL ADDRESS
mstein@stblaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 21 2013

RECEIVED
NOV 20 2013
LAURA TAYLOR SWAIN
U.S.D.J.

November 19, 2013

BY HAND

Re:   United States v. Glenn Guzman, 11 Cr. 1015 (LTS)

Hon. Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Swain:

  I represent the Defendant Glenn Guzman in the above-captioned matter and am writing to request a temporary modification to Mr. Guzman's home confinement conditions so that he may attend a Thanksgiving dinner with his family. Under his current bail conditions, Mr. Guzman is on home confinement. He is only permitted to leave his residence to attend work, medical appointments, and other activities approved in advance by the pretrial services department.

  On November 28, 2013, several members of Mr. Guzman's family will gather at the home of Mr. Guzman's cousin, Jenny Guzman, located at _____ in the Bronx. In addition to Mr. Guzman's cousin, those gathering at the celebration will include various other cousins and aunts of Mr. Guzman. I respectfully request a temporary modification to Mr. Guzman's bail conditions so that he may travel to Ms. Guzman's home from 5:00 p.m. to 11:00 p.m. on November 28, 2013.

  Mr. Guzman's pre-trial services officer, Gianfranco Furelli, has opposed Mr. Guzman's request for bail modification on grounds that the District's policy is to oppose all requests that concern occasions that are not "once in a lifetime" events. Although he opposed the request, Mr. Furelli noted that Mr. Guzman has been compliant with his conditions of release.

  The Government has been informed of Mr. Guzman's request, and Mr. Poscablo has informed us that the Government takes no position.

SIMPSON THACHER & BARTLETT LLP

Hon. Laura Taylor Swain                    -2-                    November 19, 2013

        Thank you for your consideration.

                Respectfully submitted,

                *[signature]*

                Mark J. Stein

cc:   AUSA Ryan Poscablo (by email)
      AUSA Jessica Ortiz (by email)

*The requested modification is granted. The cousin's address will be redacted from the publicly-filed version of this order.*

**SO ORDERED:**

*[signature]* 11/20/13

HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE