SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954
(212) 455-2000

FACSIMILE (212) 455-2502

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 12 2013

DIRECT DIAL NUMBER
(212) 455-2310

E-MAIL ADDRESS
mstein@stblaw.com

December 11, 2013

BY FAX

Re: *United States v. Glenn Guzman*, 11 Cr. 1015 (LTS)

Hon. Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

**MEMO ENDORSED**

Dear Judge Swain:

We represent the Defendant Glenn Guzman in the above-captioned matter for which a pre-trial conference is currently scheduled on Friday, December 13. Because of the inclement weather in Washington earlier this week, a meeting I am required to attend at the Department of Justice was unexpectedly rescheduled. Accordingly, I am unable to attend the pre-trial conference this Friday.

Upon the consent of both the Government and co-defendant Angel Tejeda, we request that Friday's pre-trial conference be postponed. Both defendants consent to the exclusion of time between now and the next pre-trial conference for purposes of the Speedy Trial Act. We have consulted with chambers regarding the Court's availability, and we propose that the rescheduled conference be held on Tuesday, January 7 at 4:15 p.m.

Thank you for your consideration.

Respectfully submitted,

*Mark J. Stein / JTM*

Mark J. Stein

cc: AUSA Ryan Poscablo (by email)
Geoffrey S. Stewart (by email)

THE APPLICATION IS GRANTED. THE CONFERENCE IS adjourned to 1/7/14 at 4:15pm IN COURTROOM 17C. THE COURT FINDS PURSUANT TO 18 U.S.C. §3161(H)(7)(A) THAT THE ENDS OF JUSTICE SERVED BY AN EXCLUSION OF THE TIME FROM TODAY'S DATE THROUGH 1/7/14 OUTWEIGH THE BEST INTERESTS OF THE PUBLIC AND THE DEFENDANT IN A SPEEDY TRIAL FOR THE REASONS STATED ABOVE. SO ORDERED.

12/11/14
LAURA TAYLOR SWAIN, USDJ

BEIJING   HONG KONG   HOUSTON   LONDON   LOS ANGELES   PALO ALTO   SÃO PAULO   SEOUL   TOKYO   WASHINGTON, D.C.