USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 0 7 2014

SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954
(212) 455-2000

FACSIMILE (212) 455-2502

DIRECT DIAL NUMBER
(212) 455-2310

E-MAIL ADDRESS
mstein@stblaw.com

January 6, 2014

BY FAX

Re: *United States v. Glenn Guzman*, 11 Cr. 1015 (LTS)

Hon. Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

MEMO ENDORSED

Dear Judge Swain:

We represent the Defendant Glenn Guzman in the above-captioned matter for which a pre-trial conference is currently scheduled on Tuesday, January 7. Because of an unexpected work commitment that requires me to travel, I am unable to attend the pre-trial conference tomorrow.

Upon the consent of both the Government and co-defendant Angel Tejeda, we request that Tuesday's pre-trial conference be postponed. Both defendants consent to the exclusion of time between now and the next pre-trial conference for purposes of the Speedy Trial Act. We have consulted with chambers regarding the Court's availability, and we propose that the rescheduled conference be held on Friday, January 24 at 2:30 p.m.

Thank you for your consideration.

Respectfully submitted,

Mark J. Stein /JTM

Mark J. Stein

cc: AUSA Ryan Poscablo (by email)
Geoffrey S. Stewart (by email)

THE APPLICATION IS GRANTED. THE CONFERENCE IS adjourned to 1/24/14 AT 2:30 pm IN COURTROOM 17C. THE COURT FINDS PURSUANT TO 18 U.S.C. §3161(H)(7)(A) THAT THE ENDS OF JUSTICE SERVED BY AN EXCLUSION OF THE TIME FROM TODAY'S DATE THROUGH 1/24/14 OUTWEIGH THE BEST INTERESTS OF THE PUBLIC AND THE DEFENDANT IN A SPEEDY TRIAL FOR THE REASONS STATED ABOVE. SO ORDERED.

1/6/14
LAURA TAYLOR SWAIN, USDJ

BEIJING  HONG KONG  HOUSTON  LONDON  LOS ANGELES  PALO ALTO  SÃO PAULO  SEOUL  TOKYO  WASHINGTON, D.C.