```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
```

UNITED STATES OF AMERICA      :

    - against -              :     **ORDER**

ANGEL TEJEDA, JOSHUA COLON,   :     11 Cr. 1015 (DC)
GLENN GUZMAN, and NELSON RAMIREZ,
                                 Defendants.   :

```
- - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/14

**CHIN, Circuit Judge**

      The Court will conduct a status conference in this case on Friday, March 7, 2014 at 3:30 p.m. in Courtroom 519 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

      SO ORDERED.

Dated:   New York, New York
        February 28, 2014

                                        DENNY CHIN
                                        United States Circuit Judge
                                        Sitting By Designation